UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of:<br><br>NATALIE PARRIS,<br><br>     Debtor. | Case No.: 26-40263-BRW<br><br>**Chapter 13** |

### ORDER TERMINATING THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion to Terminate Stay filed by Idaho Central Credit Union ("Movant"), Docket No. 28 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, no objections have been raised, and good cause existing,

IT IS HEREBY ORDERED that the automatic stay imposed by 11 U.S.C. § 362 of the U.S. Bankruptcy Code is hereby terminated as to Movant and to the subject property described as:

    2018 ATLAS M-3112BHF VIN 4YDF31122JP960238, and all tires, wheels, additions, substitutions, attachments, replacements and accessions thereof, plus the proceeds of all the foregoing.

*IT IS FURTHER ORDERED that the fourteen (14) day stay provided for by Federal Rule Bankruptcy Procedure 4001(a)(4) is waived.  // end of text //

DATED: June 30, 2026

_____

Brent R. Wilson
U.S. Bankruptcy Judge

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY- 1**

Submitted by:
Kimbell D. Gourley
Attorneys for Idaho Central Credit Union

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY- 2**